■
CENTRAL RAILROAD OF NEW JERSEY, as Owner of THE Ferryboat LAKEWOOD, Appellant, v. THE Steam Tug SOCONY 16, etc., Standard Transportation Company, Appellee.

STANDARD TRANSPORTATION COMPANY, THE Barge SOCONY 122, etc., Appellee, v. CENTRAL R. R. OF NEW JERSEY, etc., Appellant.

Nos. 318, 319.

Circuit Court of Appeals, Second Circuit.
April 3, 1933.

■

Macklin, Brown, Lenahan & Speer, of New York City (J. Dudley Eggleston, of New York City, of counsel), for appellant.

Courtland Palmer, of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed.

■

CINCINNATI N. O. & T. P. RY. CO. v. Henderson TONEY.
No. 6339.

Circuit Court of Appeals, Sixth Circuit.
March 14, 1933.

■

Tye, Siler, Gillis & Siler, of Williamsburg, Ky., and Hunt & Bush, of Lexington, Ky., for appellant.

D. Y. Lyttle, of Cincinnati, Ohio, for appellee.

PER CURIAM.
Dismissed pursuant to motion of appellant.

■
CITY OF CRESTON, IOWA, et al., Appellants, v. CRESTON GAS & ELECTRIC CO. et al.
No. 9594.

Circuit Court of Appeals, Eighth Circuit.
April 20, 1933.

■

J. D. Reynolds and Kenneth H. Davenport, both of Creston, Iowa, for appellants.

John N. Hughes, Willis J. O'Brien, and S. S. Faville, all of Des Moines, Iowa, John A. Reed, of Cedar Rapids, Iowa, and E. L. Carroll, of Creston, Iowa, for appellees.

PER CURIAM.
Appeal dismissed, with costs, on motion of appellants.

■

CLARKE STEAMSHIP COMPANY, Limited, Owner of THE British Steamship NEW NORTHLAND, Libelant-Appellee, v. MUNSON STEAMSHIP LINE, Respondent-Appellant.
No. 249.

Circuit Court of Appeals, Second Circuit.
April 3, 1933.

■

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Roger B. Siddall, of New York City, of counsel), for appellant.

Hunt, Hill & Betts, of New York City (John W. Crandall and Geo. Whitefield Betts, Jr., both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree [59 F.(2d) 423] affirmed.